IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOAN F. BOREL                                                                                    PLAINTIFF

VS.                                    CASE NO. 4:04CV00380 JLH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this __2nd__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE